# United States District Court
# Central District of California

| | |
|---|---|
| UNICOLORS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> SIONI APPAREL GROUP CORP.; BURLINGTON COAT FACTORY DIRECT CORPORATION; and DOES 1–10, <br><br>    Defendants. | Case No. 2:16-cv-04633-ODW(JPR) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 19), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 12, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 9, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**